UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

FILED

DEC 26 2013

<u>Jessica Kay Siers</u>

(Enter the full name of the Plaintiff[s] in this action)

vs.

<u>Casey's General Store, INC.</u>

<u>See attached sheets.</u>

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. <u>13-4145</u>
(To be assigned by Clerk of District Court)

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

<u>I got the right to sue letter from EEOC out of Chicago. I really don't know other way. What these people did to me was wrong.</u>

1

DSD 12-12

II.	Plaintiff, Jessica K. Siers resides at

2030 W. Orwin Pl. #1
(street address)
Sioux Falls,              , Minnehaha  ,
(city)                              (county)
South Dakota, 57105, (605) 759-8694
(state)         (zip)    (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
N/A

III.	Defendant, Casey's General resides at, or its business is located at
Store, INC.
1705 W. Burnside,
(street address)
Sioux Falls,              , Minnehaha  ,
(city)                              (county)
South Dakota, 57103, (605) 332-7762
(state)         (zip)    (telephone number)
(If more than one defendant, provide the same information for each defendant below)
Please, see attached sheets.

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I was discriminated against my culture. I started working at Casey's on 1-30-13. The manager Debra Sickels and employee Seth Descheppe were the main two. Seth told me to get my Indian ass out of store. Debra, was standing right there when this was said. Debra, used to say Jessica come on we need to go pow-wow. I audio recorded the incident on April 13, 2013 at 8:30 am.

V. Relief (State briefly and exactly what you want the Court to do for you.)

These people need to know they cannot treat other human beings in this manner. Let a lesson be learned in other words.

3

VI.  **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [   ]            NO [X]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

_____
_____
_____
_____
_____
_____

VII.  Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [   ]            NO [X]

VIII.  Are you requesting a Jury Trial?

        YES [X]            NO [   ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of Dec , 20 13

_____

_____

                                        Signature of Plaintiff[s]