UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

JESSICA K. SIERS, :

            Plaintiff, :

vs.

CASEY'S GENERAL STORES, INC.,
CASEY'S RETAIL COMPANY, and
DEBRA SICKELS,

            Defendants.

CIV. 13-4145-KES

STIPULATION FOR DISMISSAL
OF ALL CLAIMS AGAINST ALL
DEFENDANTS

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

    IT IS STIPULATED AND AGREED by and between the Parties that have appeared in the above-entitled action, and through their respective counsel of record, that this action may be dismissed on its merits, with prejudice, with each party to bear their own costs pursuant to Federal Rule of Civil Procedure 41(a)(2).

    Dated this 8th day of August, 2014.

FULLER & WILLIAMSON, LLP

_____
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
Phone:(605) 333-0003
Fax:   (605) 333-0007
Email: epreheim@fullerandwilliamson.com
*Attorney for Plaintiff Jessica Kay Siers*

Civ. 13-4145-KES
Stipulation for Dismissal of Defendants

Dated this 7th day of Augst, 2014.

                MAY & JOHNSON, P.C.

                */s/ Mark J. Arndt*

                Mark J. Arndt
                P.O. Box 88738
                Sioux Falls SD 57109-8738
                Phone:(605) 336-2565
                Fax:   (605) 336-2604
                Email: marndt@mayjohnson.com

                HUSCH BLACKWELL LLP
                Michaelle L. Baumert
                13330 California Street, Suite 200
                Omaha, NE 68154
                Phone:(402) 964-5000
                Email: michaelle.baumert@huschblackwell.com

                *Attorneys for Defendant Casey's General*
                *Stores, Inc., Casey's Retail Company, and*
                *Debra Sickels*