UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JESSICA K. SIERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CASEY'S GENERAL STORES, INC.;<br>CASEY'S RETAIL COMPANY; and<br>DEBRA SICKELS,<br><br>　　　　Defendants. | Civ. 13-4145-KES<br><br><br><br>JUDGMENT |

　　　Pursuant to the Stipulation for Dismissal of all Claims Against Defendants, it is

　　　ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits, with prejudice, with each party to bear their own costs pursuant to Federal Rule of Civil Procedure 41(a)(2).

　　　Dated August 11, 2014.

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE